THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00387-FL

| | |
|---|---|
| JADORE SCOVELL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> MICHELLE KING, ) <br> Acting Commisioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> ) | ORDER FOR PAYMENT OF <br> ATTORNEY FEES <br> UNDER THE <br> EQUAL ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,750.00 in attorney's fees, and $405.00 in costs, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte of Martin, Jones & Piemonte, and mailed to his office at P.O. Box 669468, Charlotte, NC 28266, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act. However, the reimbursement of costs, not meeting any of the exception waivers provided for by 31 C.F.R. § 208.4, shall be made payable to Plaintiff's counsel, George C. Piemonte, and electronically deposited directly to the bank account of the law firm of Martin, Jones & Piemonte, as required by 31 C.F.R. § 208.3 and the Bureau of Fiscal Service, Department of the Treasury.

SO ORDERED this 27th day of January, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge