UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JADORE SCOVELL ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CAROLYN COLVIN, ) | No. 5:24-CV-387-FL |
| Acting Commissioner of Social Security ) | |
|         Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's stipulation regarding plaintiff's motion for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 27, 2025, it is ordered that defendant pay to plaintiff $4,750.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $405.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on January 27, 2025, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Lee Kouvousis / Wanda Mason (via CM/ECF Notice of Electronic Filing)

January 27, 2025                PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk